PER CURIAM.

(No. 74-CC-562—Claimant

GRIGGSVILLE COMMUNITY SCHOOL UNIT 4, Claimant, *vs.*
STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION,
Respondent.

*Opinion filed April 8, 1974.*

GRIGGSVILLE COMMUNITY SCHOOL UNIT 4, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-165—Claimant

GEORGE J. SKONTOS, Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed April 11, 1974.*

GEORGE J. SKONTOS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.